### JARVIS H. HILL agt. GEORGE H. WATSON.

A judgment, entered *within ten days* from the time of the delivery of the report by the referees, is an irregularity, and will be set aside with costs. (*See* 45th [*new*] *rule.*)

*April Term*, 1846.

MOTION by defendant to set aside judgment and subsequent proceedings, for irregularity.

This cause was noticed for trial at the last February circuit in Monroe county; an affidavit of merits was filed by defendant's attorney on the first day of the circuit, and a copy served on plaintiff's attorney; during the circuit the cause was referred to three referees on motion of plaintiff, without any written notice to defendant's attorney. On the 7th of March last, the cause was brought to a hearing before the referees, and on the 14th of March, after the referees had delivered their report, plaintiff's attorney filed a record and perfected judgment in the cause, and a *ca. sa.* was issued and the defendant arrested and imprisoned; no copy of the report was served on defendant's attorney.

> A. WORDEN, *defendant's counsel.*
> GEORGE E. KING, *defendant's attorney.*
> H. HARRIS, *plaintiff's counsel.*
> JAMES ABRAMS, *plaintiff's attorney.*

BEARDSLEY, Justice. Granted the motion with costs, on the ground that the judgment was entered *within ten days* after the report of the referees was delivered in violation of the new rules. *See* 45th *rule S. C.*